IAC,STAYED

# U.S. District Court
# Western District of North Carolina (Charlotte)
# CIVIL DOCKET FOR CASE #: 3:25−cv−00042−KDB−MTO

Newman v. DeMayo Law Offices, LLP et al
Assigned to: District Judge Kenneth D. Bell
Referred to: US Magistrate Judge Mark Talinao Odulio
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 01/21/2025
Jury Demand: Both
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)
Jurisdiction: Federal Question

**Plaintiff**

**Wesley Newman**
*on behalf of himself and others similarly situated*

represented by

**Anthony Paronich**
Paronich Law P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
617−485−0018
Fax: 508−318−8100
Email: anthony@paronichlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan P. Duffy**
The Law Office of Ryan P. Duffy PLLC
1213 W. Morehead St.
Suite 500, Unit #450
Charlotte, NC 28208
704−741−9399
Email: ryan@ryanpduffy.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DeMayo Law Offices, LLP**

represented by

**James P Cooney , III**
Womble Bond Dickinson (US) LLP
Suite 3500 One Wells Fargo Center
301 South College Street
Charlotte, NC 28202−4007
704−331−4980
Fax: 704−339−914
Email: jim.cooney@wbd−us.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauri A. Mazzuchetti**
Kelley Drye & Warren LLP
7 Giralda Farms
Suite 340
Madison, NJ 07940
973−503−5910

Fax: 973−503−5950
Email: LMazzuchetti@KelleyDrye.com
*TERMINATED: 09/16/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Travis Campbell**
Womble Bond Dickinson (US) LLP
50 California Street
Suite 2750
San Francisco, CA 94111
415−765−6234
Email: travis.campbell@wbd−us.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Whitney Morgan Smith**
Kelley Drye & Warren LLP
7 Giralda Farms
Suite 340
Madison, NJ 07940
973−503−5923
Fax: 973−503−5950
Email: WSmith@kelleydrye.com
*TERMINATED: 09/16/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emmett James Whelan**
Womble Bond Dickinson
301 South College Street, Suite 3500
Charlotte, NC 28202
704−331−4900
Fax: 704−331−4955
Email: emmett.whelan@wbd−us.com
*ATTORNEY TO BE NOTICED*

**Gregory T. Berman**
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
212−808−7800
Email: gberman@kelleydrye.com
*TERMINATED: 09/16/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SGMS Inc.**
*doing business as*
Legal Conversion Center

represented by

**Christopher G. Smith**
Smith, Anderson, Blount, Dorsett,
Mitchell & Jernigan, LLP
P.O. Box 2611

Raleigh, NC 27602−2611
919−821−6745
Fax: 919−821−6800
Email: csmith@smithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P Cooney , III**
(See above for address)
*TERMINATED: 09/16/2025*
*LEAD ATTORNEY*

**John Everett Harris**
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
150 Fayetteville Street
Suite 2300
Raleigh, NC 27601
919−821−6721
Email: jharris@smithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauri A. Mazzuchetti**
(See above for address)
*TERMINATED: 09/16/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Silver**
Dentons US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
404−527−4000
Fax: 404−527−4198
Email: mark.silver@dentons.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Whitney Morgan Smith**
(See above for address)
*TERMINATED: 09/16/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bety Javidzad**
Dentons US LLP
601 South Figueroa
Suite 2500
Los Angeles, CA 90017
213−243−6115
Fax: 213−623−9924

Email: bety.javidzad@dentons.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory T. Berman**
(See above for address)
*TERMINATED: 09/16/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Converge Marketing, LLC**
*formerly known as*
Converge Direct, LLC

represented by **Jennifer Anglim Kreder**
Jennifer Anglim Kreder
Rottenberg Lipman Rich
230 Park Avenue, 18th Floor
New York, NY 10169
212−661−3080
Fax: 212−867−1914
Email: jkreder@rlrpclaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**S. Frederick Winiker , III**
Flannery Georgalis LLC
227 West Trade Street
Ste. 950
Charlotte, NC 28202
704−333−8440
Email: rwiniker@flannerygeorgalis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Kayman**
Rottenberg Lipman Rich, P.C.
230 Park Avenue
18th Floor
New York, NY 10169
212−661−3080
Fax: 646−203−0286
Email: skayman@rlrpclaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**DeMayo Law Offices, LLP**

represented by **James P Cooney , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauri A. Mazzuchetti**
(See above for address)

*TERMINATED: 09/16/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Travis Campbell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Whitney Morgan Smith**
(See above for address)
*TERMINATED: 09/16/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emmett James Whelan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory T. Berman**
(See above for address)
*TERMINATED: 09/16/2025*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Converge Marketing, LLC** represented by **Anthony Paronich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Anglim Kreder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**S. Frederick Winiker , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Kayman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**SGMS Inc.** represented by **Christopher G. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P Cooney , III**
(See above for address)
*TERMINATED: 09/16/2025*
*LEAD ATTORNEY*

**John Everett Harris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauri A. Mazzuchetti**
(See above for address)
*TERMINATED: 09/16/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Silver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Whitney Morgan Smith**
(See above for address)
*TERMINATED: 09/16/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bety Javidzad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory T. Berman**
(See above for address)
*TERMINATED: 09/16/2025*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/21/2025 | Ï 1 | COMPLAINT against All Defendants with Jury Demand ( Filing fee $ 405 receipt number ANCWDC−6813849), filed by Wesley Newman. (Attachments: # 1 Proposed Summons, # 2 Proposed Summons, # 3 Cover Sheet)(Duffy, Ryan) (Entered: 01/21/2025) |
| 01/21/2025 | Ï 2 | MOTION for Leave to Appear Pro Hac Vice as to Anthony Paronich Filing fee $ 300, receipt number ANCWDC−6813887. by Wesley Newman. (Attachments: # 1 Proposed Order) (Duffy, Ryan) (Entered: 01/21/2025) |
| 01/22/2025 | Ï | Case assigned to District Judge Kenneth D. Bell and US Magistrate Judge Susan C. Rodriguez. Notice: You must click this link to retrieve the **Case Assignment Packet**. Motions referred to Susan C. Rodriguez: 2 MOTION for Leave to Appear Pro Hac Vice as to Anthony Paronich Filing fee $ 300, receipt number ANCWDC−6813887. *This is your only notice − you will not receive a separate document.*(cjs) (Entered: 01/22/2025) |
| 01/22/2025 | Ï | Clerk's Entry and Service of **Standing Order Requiring an Initial Settlement Conference in Civil Cases** assigned to the Honorable Kenneth D. Bell (5:19−mc−5 (Doc . No. 1)). The parties are |

| | | |
|---|---|---|
| | | directed to click on the link above to retrieve the Order. The filing party is directed to serve a copy of the Order with service. (cjs) (Entered: 01/22/2025) |
| 01/22/2025 | Ï 3 | Summons Issued Electronically as to DeMayo Law Offices, LLP, SGMS Inc.. **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4** . (cjs) (Entered: 01/22/2025) |
| 01/22/2025 | Ï | **Standing Order Regarding Use of Artificial Intelligence (3:24−mc−104). Click on this link to retrieve the Standing Order** (c js) (Entered: 01/22/2025) |
| 01/22/2025 | Ï 4 | **ORDER granting 2 Motion for Leave to Appear Pro Hac Vice added Anthony Paronich for Wesley Newman. Signed by US Magistrate Judge Susan C. Rodriguez on 1/22/25. (mga)** (Entered: 01/22/2025) |
| 01/28/2025 | Ï 5 | SUMMONS Returned Executed by Wesley Newman. DeMayo Law Offices, LLP served on 1/27/2025, answer due 2/18/2025. (Paronich, Anthony) (Entered: 01/28/2025) |
| 01/30/2025 | Ï 6 | SUMMONS Returned Executed by Wesley Newman. SGMS Inc. served on 1/29/2025, answer due 2/19/2025. (Paronich, Anthony) (Entered: 01/30/2025) |
| 02/13/2025 | Ï 7 | Consent MOTION for Extension of Time to Answer re: 1 Complaint by DeMayo Law Offices, LLP, SGMS Inc.. (Cooney, James). Motions referred to Susan C. Rodriguez. (Entered: 02/13/2025) |
| 02/13/2025 | Ï | **TEXT−ONLY ORDER granting 7 Consent Motion for Extension of Time to Answer. DeMayo Law Offices, LLP's answer due 3/20/2025; SGMS Inc.'s answer due 3/20/2025. So Ordered. Entered by US Magistrate Judge Susan C. Rodriguez on 2/13/2025. (DLG)** (Entered: 02/13/2025) |
| 03/20/2025 | Ï 8 | MOTION for Leave to Appear Pro Hac Vice as to Gregory T. Berman Filing fee $ 300, receipt number ANCWDC−6895960. by DeMayo Law Offices, LLP, SGMS Inc.. (Cooney, James). Motions referred to Susan C. Rodriguez. (Entered: 03/20/2025) |
| 03/20/2025 | Ï 9 | MOTION for Leave to Appear Pro Hac Vice as to Whitney M. Smith Filing fee $ 300, receipt number ANCWDC−6896019. by DeMayo Law Offices, LLP, SGMS Inc.. (Cooney, James). Motions referred to Susan C. Rodriguez. (Entered: 03/20/2025) |
| 03/20/2025 | Ï 10 | MOTION for Leave to Appear Pro Hac Vice as to Lauri A. Mazzuchetti Filing fee $ 300, receipt number ANCWDC−6896027. by DeMayo Law Offices, LLP, SGMS Inc.. (Cooney, James). Motions referred to Susan C. Rodriguez. (Entered: 03/20/2025) |
| 03/20/2025 | Ï 11 | MOTION to Dismiss by DeMayo Law Offices, LLP, SGMS Inc.. Responses due by 4/3/2025 (Cooney, James). (Main Document 11 replaced on 3/21/2025) (mek). Modified on 8/15/2025 to remove referral (mek). (Entered: 03/20/2025) |
| 03/20/2025 | Ï 12 | MEMORANDUM in Support re 11 MOTION to Dismiss *Plaintiff's Class Action Complaint* by DeMayo Law Offices, LLP, SGMS Inc.. (Cooney, James) (Entered: 03/20/2025) |
| 03/20/2025 | Ï 13 | Corporate Disclosure Statement by DeMayo Law Offices, LLP. (Cooney, James) (Entered: 03/20/2025) |
| 03/20/2025 | Ï 14 | Corporate Disclosure Statement by SGMS Inc.. (Cooney, James) (Entered: 03/20/2025) |
| 03/20/2025 | Ï 15 | NOTICE of Certificate of Settlement Conference Pursuant to Standing Order 5:19−mc−5. Result: Unable to resolve. (Cooney, James) (Entered: 03/20/2025) |
| 03/21/2025 | Ï 16 | **ORDER granting 8 , 9 , 10 Motion for Leave to Appear Pro Hac Vice added Gregory T. Berman, Whitney M. Smith, Lauri A. Mazzuchetti for DeMayo Law Offices, LLP and SGMS Inc. *(Pro Hac Vice Attorneys served via NEF)* . Signed by US Magistrate Judge Susan C.** |

| | | |
|---|---|---|
| | | **Rodriguez on 3/20/2025. (llp)** (Entered: 03/21/2025) |
| 03/21/2025 | Ï | Notice to Gregory T. Berman: Pursuant to Local Rule 83.1 you are required to **Register** for E−Filing Access or Link Existing Account **Link**. *(Attorney served via NEF)* Deadline by 3/28/2025. (llp) (Entered: 03/21/2025) |
| 03/21/2025 | Ï | Notice to Whitney M. Smith: Pursuant to Local Rule 83.1 you are required to **Register** for E−Filing Access or Link Existing Account **Link**. *(Attorney served via NEF)* Deadline by 3/28/2025. (llp) (Entered: 03/21/2025) |
| 03/21/2025 | Ï | Notice to Lauri A. Mazzuchetti: Pursuant to Local Rule 83.1 you are required to **Register** for E−Filing Access or Link Existing Account **Link**. *(Attorney served via NEF)* Deadline by 3/28/2025. (llp) (Entered: 03/21/2025) |
| 03/24/2025 | Ï 17 | Consent MOTION for Extension of Time to File Response/Reply re: 11 MOTION to Dismiss by Wesley Newman. Responses due by 4/7/2025 (Paronich, Anthony). Motions referred to Susan C. Rodriguez. (Entered: 03/24/2025) |
| 03/24/2025 | Ï | **TEXT−ONLY ORDER granting 17 Motion for Extension of Time to File Response re 11 MOTION to Dismiss. Responses due by 4/18/2025. So Ordered. Entered by US Magistrate Judge Susan C. Rodriguez on 3/24/2025. (DLG)** (Entered: 03/24/2025) |
| 04/07/2025 | Ï 18 | RESPONSE in Opposition re 11 MOTION to Dismiss by Wesley Newman. Replies due by 4/14/2025 (Paronich, Anthony) (Entered: 04/07/2025) |
| 04/11/2025 | Ï 19 | Consent MOTION for Extension of Time to File Response/Reply re: 11 MOTION to Dismiss by DeMayo Law Offices, LLP, SGMS Inc.. Responses due by 4/25/2025 (Smith, Whitney). Motions referred to Susan C. Rodriguez. (Entered: 04/11/2025) |
| 04/11/2025 | Ï | **TEXT−ONLY ORDER granting 19 Consent Motion for Extension of Time to File Reply re 11 MOTION to Dismiss. Replies due by 4/23/2025. So Ordered. Entered by US Magistrate Judge Susan C. Rodriguez on 4/11/2025. (DLG)** (Entered: 04/11/2025) |
| 04/23/2025 | Ï 20 | REPLY to Response to Motion re 11 MOTION to Dismiss *in Further Support of Motion* by DeMayo Law Offices, LLP, SGMS Inc.. (Smith, Whitney) (Entered: 04/23/2025) |
| 06/23/2025 | Ï 21 | NOTICE *of Supplemental Authority in Support of Defendants' Partial Motion to Dismiss Plaintiff's Class Action Complaint* by DeMayo Law Offices, LLP, SGMS Inc. re 11 MOTION to Dismiss (Attachments: # 1 Exhibit A − U.S. Supreme Court Decision in McLaughlin Chiropractic Associates v. McKesson Corp., No. 23−1226)(Smith, Whitney) (Entered: 06/23/2025) |
| 06/30/2025 | Ï 22 | NOTICE *of Supplemental Authority in Support of Plaintiff's 18 Response in Opposition to Defendant's 11 Motion to Dismiss* by Wesley Newman (Attachments: # 1 Exhibit 1 −− Wilson v. Hard Eight Nutrition LLC)(Paronich, Anthony) (Entered: 06/30/2025) |
| 08/12/2025 | Ï 23 | NOTICE *of Supplemental Authority* by Wesley Newman re 22 Notice (Other), 21 Notice (Other), 12 Memorandum in Support of Motion, 11 MOTION to Dismiss (Attachments: # 1 Exhibit 1 −− Isaacs v. USHealth Advisors, # 2 Exhibit 2 −− Ferrell v. Colourpop Cosmetics, LLC)(Paronich, Anthony) (Entered: 08/12/2025) |
| 08/24/2025 | Ï 24 | NOTICE *of Supplemental Authority (Second)* by Wesley Newman re 22 Notice (Other), 23 Notice (Other), 18 Response in Opposition to Motion (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paronich, Anthony) (Entered: 08/24/2025) |
| 09/02/2025 | Ï 25 | **MEMORANDUM AND ORDER denying 11 Motion to Dismiss. Signed by District Judge Kenneth D. Bell on 9/2/2025. (llp)** (Entered: 09/02/2025) |
| 09/15/2025 | Ï 26 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Christopher G. Smith on behalf of SGMS Inc. (Smith, Christopher) (Entered: 09/15/2025) |
| 09/15/2025 | Ï 27 | NOTICE of Appearance by John Everett Harris on behalf of SGMS Inc. (Harris, John) (Entered: 09/15/2025) |
| 09/15/2025 | Ï 28 | MOTION to Withdraw as Attorney *for Defendant SGMS, Inc. d/b/a Legal Conversion Center* by DeMayo Law Offices, LLP, SGMS Inc.. Responses due by 9/29/2025 (Attachments: # 1 Exhibit A − Email Consent) (Cooney, James). Motions referred to Susan C. Rodriguez. (Entered: 09/15/2025) |
| 09/15/2025 | Ï 29 | MOTION for Leave to Appear Pro Hac Vice as to Robert Travis Campbell Filing fee $ 300, receipt number ANCWDC−7136185. by DeMayo Law Offices, LLP. (Cooney, James). Motions referred to Susan C. Rodriguez. (Main Document 29 replaced on 9/22/2025) (mek). (Entered: 09/15/2025) |
| 09/16/2025 | Ï | **TEXT−ONLY ORDER granting 28 Motion to Withdraw as Attorney. Attorney James P Cooney, III terminated as to SGMS, Inc. only. Entered by US Magistrate Judge Susan C. Rodriguez on 9/16/2025. (brl)** (Entered: 09/16/2025) |
| 09/16/2025 | Ï 30 | **ORDER granting 29 Motion for Leave to Appear Pro Hac Vice added Robert Travis Cambell for DeMayo Law Offices, LLP *(Pro Hac Vice Attorney served via NEF)*. Signed by US Magistrate Judge Susan C. Rodriguez on 9/15/2025. (brl)** (Entered: 09/16/2025) |
| 09/16/2025 | Ï | Notice to Robert Travis Campbell: Pursuant to Local Rule 83.1 you are required to **Register** for E−Filing Access or Link Existing Account **Link**. *(Attorney served via NEF)* Deadline by 9/23/2025. (brl) (Entered: 09/16/2025) |
| 09/16/2025 | Ï 31 | NOTICE of Appearance by Emmett James Whelan on behalf of DeMayo Law Offices, LLP (Whelan, Emmett) (Entered: 09/16/2025) |
| 09/16/2025 | Ï 32 | Consent MOTION to Withdraw as Attorney *re: Whitney M. Smith, Lauri A. Mazzuchetti, and Gregory T. Berman* by DeMayo Law Offices, LLP, SGMS Inc.. Responses due by 9/30/2025 (Attachments: # 1 Proposed Order) (Smith, Whitney). Motions referred to Susan C. Rodriguez. (Entered: 09/16/2025) |
| 09/16/2025 | Ï | **TEXT−ONLY ORDER granting 32 Consent Motion to Withdraw as Attorney. Attorneys Whitney Morgan Smith; Gregory T. Berman and Lauri A. Mazzuchetti terminated. So Ordered. Entered by US Magistrate Judge Susan C. Rodriguez on 9/16/2025. (DLG)** (Entered: 09/16/2025) |
| 09/16/2025 | Ï 33 | ANSWER to 1 Complaint with Jury Demand by SGMS Inc..(Harris, John) (Entered: 09/16/2025) |
| 09/16/2025 | Ï 34 | ANSWER to 1 Complaint by DeMayo Law Offices, LLP.(Cooney, James) (Entered: 09/16/2025) |
| 09/19/2025 | Ï | NOTICE pursuant to Local Rule 16.1 you are **required** to conduct an Initial Attorney's Conference within 14 days. At the conference, the parties are **required** to discuss the issue of consent to jurisdiction of a magistrate judge in accordance with Local Rules 16.1(A) and 73.1(C). The **Certificate of Initial Attorneys Conference**, and if applicable, the **Joint Stipulation of Consent to Exercise jurisdiction by a US Magistrate Judge**, should be filed within 7 days of the conference. If appropriate, a party may file a Motion to Stay the Initial Attorney's Conference. CIAC Report due by 10/10/2025. (mek) (Entered: 09/19/2025) |
| 09/19/2025 | Ï 35 | MOTION for Leave to Appear Pro Hac Vice as to Bety Javidzad Filing fee $ 300, receipt number ANCWDC−7140713. by SGMS Inc.. (Harris, John). Motions referred to Susan C. Rodriguez. (Entered: 09/19/2025) |
| 09/19/2025 | Ï 36 | MOTION for Leave to Appear Pro Hac Vice as to Mark A. Silver Filing fee $ 300, receipt number ANCWDC−7140969. by SGMS Inc.. (Harris, John). Motions referred to Susan C. Rodriguez. (Entered: 09/19/2025) |

| | | |
|---|---|---|
| 09/19/2025 | Ï 37 | **ORDER granting 35 Motion for Leave to Appear Pro Hac Vice added Bety Javidzad for SGMS Inc. *(Pro Hac Vice Attorney served via NEF)*. Signed by US Magistrate Judge Susan C. Rodriguez on 9/19/2025. (llp)** (Entered: 09/19/2025) |
| 09/19/2025 | Ï | Notice to Bety Javidzad: Pursuant to Local Rule 83.1 you are required to **Register** for E−Filing Access or Link Existing Account **Link**. *(Attorney served via NEF)* Deadline by 9/26/2025. (llp) (Entered: 09/19/2025) |
| 09/19/2025 | Ï 38 | **ORDER granting 36 Motion for Leave to Appear Pro Hac Vice added Mark A. Silver for SGMS Inc. *(Pro Hac Vice Attorney served via NEF)*. Signed by US Magistrate Judge Susan C. Rodriguez on 9/19/2025. (llp)** (Entered: 09/19/2025) |
| 09/19/2025 | Ï | Notice to Mark A. Silver: Pursuant to Local Rule 83.1 you are required to **Register** for E−Filing Access or Link Existing Account **Link**. *(Attorney served via NEF)* Deadline by 9/26/2025. (llp) (Entered: 09/19/2025) |
| 10/07/2025 | Ï 39 | CERTIFICATION of initial attorney conference and discovery plan (Cooney, James) (Entered: 10/07/2025) |
| 10/14/2025 | Ï 40 | **Pretrial Order and Case Management Plan: Estimated Trial Time: (5) Five to (7) Seven Days. Discovery due by 3/31/2026. Motions due by 4/15/2026. Mediator Designation deadline set for 12/8/2025. Mediation deadline set for 4/30/2026. Jury Trial set for 12/7/2026 09:30 AM in Courtroom #4B, 401 W Trade St, Charlotte, NC 28202 before District Judge Kenneth D. Bell. Signed by US Magistrate Judge Susan C. Rodriguez on 10/10/2025. (llp)** (Entered: 10/14/2025) |
| 10/14/2025 | Ï | SECOND Notice to Robert Travis Campbell: Pursuant to Local Rule 83.1 you are required to **Register** for E−Filing Access or Link Existing Account **Link**. *(Attorney served via NEF)* Deadline by 10/21/2025. (rth) (Entered: 10/14/2025) |
| 11/21/2025 | Ï 41 | Consent MOTION for Protective Order by DeMayo Law Offices, LLP. Responses due by 12/5/2025 (Attachments: # 1 Exhibit A − [Proposed] Stipulated Protective Order) (Whelan, Emmett). Motions referred to Susan C. Rodriguez. (Entered: 11/21/2025) |
| 11/21/2025 | Ï 42 | **STIPULATED PROTECTIVE ORDER. Signed by US Magistrate Judge Susan C. Rodriguez on 11/21/2025. (llp)** (Entered: 11/21/2025) |
| 12/08/2025 | Ï 43 | DESIGNATION of Raymond E. Owens, Jr. as Mediator by all the parties. (Harris, John) (Entered: 12/08/2025) |
| 02/02/2026 | Ï | Case referral reassigned to Unassigned Magistrate Judge. Magistrate Judge Susan Rodriguez (MJ) no longer assigned to the case. *This is your only notice − you will not receive a separate document.*(mek) (Entered: 02/02/2026) |
| 02/20/2026 | Ï | Case referral reassigned to US Magistrate Judge David Keesler. Unassigned Magistrate Judge no longer assigned to the case. *This is your only notice − you will not receive a separate document.*(mek) (Entered: 02/20/2026) |
| 02/27/2026 | Ï 44 | Unopposed MOTION to Amend/Correct *Complaint* by Wesley Newman. Responses due by 3/13/2026 (Attachments: # 1 Exhibit 1 −− First Amended Complaint) (Paronich, Anthony). Motions referred to David Keesler. (Entered: 02/27/2026) |
| 03/02/2026 | Ï 45 | Joint MOTION to Stay re 40 Scheduling Order, *"Joint Motion to Suspend Discovery Deadlines Pending Amended Complaint and Stay Responsive Pleading Deadlines"* by DeMayo Law Offices, LLP. Responses due by 3/16/2026 (Cooney, James). Motions referred to David Keesler. (Entered: 03/02/2026) |
| 03/04/2026 | Ï 46 | **ORDER that Plaintiff's 44 Motion to Amend/Correct Complaint is GRANTED. IT IS FURTHER ORDERED that the parties' Joint 45 Motion to Stay/to Suspend Discovery** |

| | | |
|---|---|---|
| | | **Deadlines Pending Amended Complaint and Stay Responsive Pleading Deadlines is GRANTED with modification. The parties SHALL conduct a mediation by April 30, 2026. The parties SHALL provide a status report within ten (10) days of the completion of mediation. IT IS FURTHER ORDERED that the discovery deadline and the deadline for Defendants to respond to Plaintiff's Amended Complaint are STAYED until further order of the Court, which the Court will issue, if necessary, after the parties file their status report. Signed by US Magistrate Judge David Keesler on 3/4/2026. (brl)** (Entered: 03/04/2026) |
| 03/04/2026 | Ï | Set/Reset Deadlines: Mediation deadline set for 4/30/2026. Status Report due by 5/11/2026 (brl) (Entered: 03/04/2026) |
| 03/05/2026 | Ï 47 | AMENDED COMPLAINT with Jury Demand against DeMayo Law Offices, LLP, SGMS Inc., Converge Marketing, LLC F/K/A Converge Direct, filed by Wesley Newman.(Paronich, Anthony) (Entered: 03/05/2026) |
| 03/09/2026 | Ï 48 | Summons Issued Electronically as to Converge Marketing, LLC. **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4** . (brl) (Entered: 03/09/2026) |
| 03/10/2026 | Ï 49 | WAIVER OF SERVICE Returned Executed by Wesley Newman. Converge Marketing, LLC waiver sent on 3/5/2026, answer due 5/4/2026. (Paronich, Anthony) (Entered: 03/10/2026) |
| 05/04/2026 | Ï 50 | NOTICE of Appearance by S. Frederick Winiker, III on behalf of Converge Marketing, LLC (Winiker, S.) (Entered: 05/04/2026) |
| 05/04/2026 | Ï 51 | ANSWER to 47 Amended Complaint by Converge Marketing, LLC.(Winiker, S.) (Main Document 51 replaced on 5/5/2026) (mek). (Entered: 05/04/2026) |
| 05/04/2026 | Ï 52 | MOTION for Leave to Appear Pro Hac Vice as to Jennifer A. Kreder Filing fee $ 300, receipt number ANCWDC−7427437. by Converge Marketing, LLC. (Winiker, S.). Motions referred to David Keesler. (Entered: 05/04/2026) |
| 05/04/2026 | Ï 53 | MOTION for Leave to Appear Pro Hac Vice as to Steven M. Kayman Filing fee $ 300, receipt number ANCWDC−7427457. by Converge Marketing, LLC. (Winiker, S.). Motions referred to David Keesler. (Entered: 05/04/2026) |
| 05/05/2026 | Ï 54 | **ORDER granting 52 Motion for Leave to Appear Pro Hac Vice. Added Jennifer Anglim Kreder for Converge Marketing, LLC. Signed by US Magistrate Judge David Keesler on 5/4/2026. (brl)** (Entered: 05/05/2026) |
| 05/05/2026 | Ï 55 | **ORDER granting 53 Motion for Leave to Appear Pro Hac Vice. Added Steven M. Kayman for Converge Marketing, LLC. Signed by US Magistrate Judge David Keesler on 5/4/2026. (brl)** (Entered: 05/05/2026) |
| 05/05/2026 | Ï 56 | Corporate Disclosure Statement by Converge Marketing, LLC. (Winiker, S.) (Entered: 05/05/2026) |
| 05/05/2026 | Ï 57 | NOTICE of Certificate of Settlement Conference Pursuant to Standing Order 5:19−mc−5. Result: Unable to resolve. (Winiker, S.) (Entered: 05/05/2026) |
| 05/06/2026 | Ï 58 | Joint STATUS REPORT by DeMayo Law Offices, LLP, SMGS Inc. d/b/a Legal Conversion Center, Wesley Newman (Cooney, James) Modified text on 5/6/2026 (mek). (Entered: 05/06/2026) |
| 05/07/2026 | Ï 59 | Joint MOTION for Extension of Time for Defendants to file their Answers, Crossclaims, Motions to Dismiss, Oppositions or Reply to the Amended Complaint or Crossclaims by DeMayo Law Offices, LLP. Responses due by 5/21/2026 (Cooney, James). Motions referred to David Keesler. (Entered: 05/07/2026) |
| 05/08/2026 | Ï | |

| | | |
|---|---|---|
| | | **TEXT−ONLY ORDER granting 59 Motion for Extension of Time *Text of Order: The parties' "Joint Motion For Entry Of Briefing Schedule" (Document No. 59) is GRANTED. The briefing deadlines requested in the motion are set. The Court may modify other case deadlines in the future as necessary. The parties are reminded of this Court's Local Rules, specifically that "[m]otions to dismiss in answers to complaints... are deemed to be made merely to preserve the issue and will not be addressed by the Court. A party seeking a decision on any preserved motion must file a separate motion and supporting brief." LCvR 7.1(c)(1). So Ordered.* Entered by US Magistrate Judge David Keesler on 05/08/2026. (HNT)** (Entered: 05/08/2026) |
| 05/15/2026 | Ï 60 | ANSWER to 47 Amended Complaint, CROSSCLAIM against Converge Marketing, LLC, SGMS Inc. by DeMayo Law Offices, LLP. (Attachments: # 1 Exhibit 1 − Transcript of Recording, # 2 Exhibit 2 − Master Services Agreement, # 3 Exhibit 3 − Statement of Work, # 4 Exhibit 4 − Proposed Indemnification Agreement)(Cooney, James) (Entered: 05/15/2026) |
| 06/15/2026 | Ï 61 | MOTION to Dismiss *or Transfer to Bankruptcy Court* by Converge Marketing, LLC. Responses due by 6/29/2026 (Attachments: # 1 Affidavit Declaration of Jennifer Kreder, # 2 Exhibit Letter from S. Kayman to J. Cooney, May 29, 2026, # 3 Exhibit Letter from M. Scheibert to DeMayo Law, May 13, 2025, # 4 Exhibit Order, Bankr. SDNY, February 8, 2024, # 5 Exhibit Asset Purchase Agreement, Bankr. SDNY, February 8, 2024, # 6 Exhibit In re: Motors Liquidation, Co., 585 BR 708, 2018, # 7 Exhibit Letter from J. Cooney to S. Kayman, June 6, 2026, # 8 Exhibit Email J. Kreder and J. Cooney, June 8, 2026, # 9 Exhibit Letter from S. Kayman to J. Cooney, June 15, 2026) (Winiker, S.) (Entered: 06/15/2026) |
| 06/25/2026 | Ï 62 | Joint STIPULATION regarding briefing schedule re 61 MOTION to Dismiss *or Transfer to Bankruptcy Court Stipulation on Briefing Schedule* by Converge Marketing, LLC, Wesley Newman (Paronich, Anthony) (Entered: 06/25/2026) |
| 07/15/2026 | Ï 63 | RESPONSE in Opposition re 61 MOTION to Dismiss *or Transfer to Bankruptcy Court* by DeMayo Law Offices, LLP. Replies due by 7/22/2026 (Cooney, James) (Entered: 07/15/2026) |
| 07/21/2026 | Ï 64 | RESPONSE in Opposition re 61 MOTION to Dismiss *or Transfer to Bankruptcy Court* by Wesley Newman. Replies due by 7/28/2026 (Paronich, Anthony) (Entered: 07/21/2026) |
| 07/29/2026 | Ï | DELETED ENTRY (brl). (Entered: 08/17/2026) |
| 07/31/2026 | Ï | Case reassigned to US Magistrate Judge Mark T. Odulio. US Magistrate Judge David Keesler no longer assigned to the case. *This is your only notice − you will not receive a separate document.*(ams) (Entered: 07/31/2026) |
| 08/14/2026 | Ï 65 | REPLY to Response to Motion re 61 MOTION to Dismiss *or Transfer to Bankruptcy Court* by Converge Marketing, LLC. (Winiker, S.) (Entered: 08/14/2026) |
| 10/26/2026 | Ï 66 | **ORDER: Defendant New Converge's 61 Motion to Dismiss or, in the Alternative Transfer to Bankruptcy Court is GRANTED in part and DENIED in part; the Clerk is directed to SEVER Plaintiff's claim against Defendant New Converge and TRANSFER it to the Southern District of New York; the Clerk is directed to STAY this matter in accordance with this Order; and the Parties shall file a status report with the Court every ninety (90) days until the Bankruptcy Court or District Court in the Southern District of New York issues an order pertaining to Plaintiff's claim against Old Converge or New Converge. Signed by District Judge Kenneth D. Bell on 10/26/2026. (mek)** (Entered: 10/26/2026) |
| 10/26/2026 | Ï | Set/Reset Deadlines: Status Report due by 1/25/2027 (mek) (Entered: 10/26/2026) |