USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESLEY NEWMAN,

Plaintiff,

-against-

CONVERGE MARKETING, LLC F/K/A CONVERGE DIRECT, LLC,

Defendant.

26 Civ. 9471 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On November 18, 2026, Plaintiff, Wesley Newman, moved to transfer this case to the Southern District of New York ("SDNY") Bankruptcy Court. *See* Mot. at 1, ECF No. 68. Defendant, New Converge Marketing, LLC, consents to the requested transfer. *See id.* The motion relies on the Honorable Kenneth D. Bell's order transferring this case from the Western District of North Carolina to SDNY, *see* Transfer Order at 16, ECF No. 66,[1] which held that the case should be heard in the SDNY Bankruptcy Court, *see id.* at 12–13; *see also* Mot. at 4–6.

"The proper method for transferring [a case to an out-of-district bankruptcy court] is to seek a change of venue in the nonbankruptcy forum . . . . After the related proceeding is transferred to the district court wherein the chapter 13 case is pending, then pursuant to 28 U.S.C. § 157(a), the related proceeding may be referred to the bankruptcy court actually hearing the chapter 13 case." *Mar. Elec. Co. v. United Jersey Bank*, 959 F.2d 1194, 1212 (3d Cir. 1991), *reh'g granted and opinion vacated* (Jan. 10, 1992), *opinion reinstated on reh'g* (Mar. 24, 1992); *see also* Transfer Order at 10 (explaining that Judge Bell could not transfer this action directly to SDNY Bankruptcy Court because § 157(a) precludes transfer to out-of-district bankruptcy courts).

To effectuate Judge Bell's order and in light of both parties' consent, the motion is GRANTED. The Clerk of Court is respectfully directed to transfer this case to the United States Bankruptcy Court for the Southern District of New York.

SO ORDERED.

Dated: November 24, 2026
New York, New York

ANALISA TORRES
United States District Judge

[1] The North Carolina case involves multiple defendants. Judge Bell severed and transferred Plaintiff's claim against New Converge Marketing to SDNY. *See* Transfer Order at 16. Accordingly, this order implicates only the claim against New Converge Marketing.